FILED
2019 MAY 29 PM 3:52
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA ex rel.
ADRIAN MARRULLIER

    Plaintiff,

Case No.8:17-cv-1635-T-30-AEP
FILED UNDER SEAL
PURSUANT TO 31 U.S.C.
§ 3730(B)(2)
DO NOT PUT IN PRESS
BOX OR INTO PACER
SYSTEM

v.

BISK EDUCATION, INC.,
BISK FAMILY FOUNDATION, INC.,
FLORIDA INSTITUTE OF TECHNOLOGY, and
JACKSONVILLE UNIVERSITY,

    Defendants.

## RELATOR'S NOTICE OF VOLUNTARY DISMISSAL AND INCORPORATED MEMORANDUM OF LAW

Relator Adrian Marrullier, by and through undersigned counsel, voluntarily dismisses his qui tam action without prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and 31 U.S.C. § 3730(b)(1) and without prejudice to any rights of the United States. Relator has given undersigned counsel written authorization to file this voluntary dismissal.

## MEMORANDUM OF LAW

Rule 41(a)(1) provides that a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." 31 U.S.C. § 3730(b)(1) provides that a relator's qui tam action may be

dismissed if the Court and the Department of Justice give written consent to the dismissal and their reasons for consenting.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel has conferred with DOJ attorney Jay Majors, who stated that the Government will state its position promptly. Defendant has not been served with the Complaint. Therefore, undersigned counsel has not conferred with Defendant's counsel prior to filing this Notice.

DATED: May 29, 2019

Respectfully submitted,

*/s/Kevin J. Darken*
Kevin J. Darken
Florida Bar No.: 0090956
Kevin J. Darken Law Group, LLC
kdarken@kevindarken.com
iward@kevindarken.com
332 South Plant Avenue
Tampa, FL 33606
Telephone: 813-513-4913
Facsimile: 813-513-4948
Attorney for Plaintiff-Relator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2019 a true and correct copy of the foregoing *Relator's Notice Of Voluntary Dismissal And Incorporated Memorandum of Law* was sent by email to AUSA Chris Emden and DOJ attorney Jay Majors.

*/s/Kevin J. Darken*
Kevin J. Darken