UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA
        Plaintiff,

*ex rel.*
ADRIAN MARRULLIER,
        Relator,

v.         No. 8:17-cv-1635-T-30-AEP

EX PARTE
UNDER SEAL
[31 U.S.C. § 3730(b)(2)]

BISK EDUCATION, INC.,
BISK FAMILY FOUNDATION, INC.,
FLORIDA INSTITUTE OF TECHNOLOGY, and
JACKSONVILLE UNIVERSITY,
        Defendants.
_____/

## UNITED STATES OF AMERICA'S
## NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE

The United States of America respectfully files this Notice consenting to the dismissal of this case without prejudice as to the United States. The *qui tam* Relator filed a notice of voluntary dismissal of the complaint on May 29, 2019. Under 31 U.S.C. § 3730(b)(1) of the False Claims Act, dismissal of an action brought on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act requires the written consent of the Attorney General.

Accordingly, the United States hereby notifies the Court that the United States consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public

1

S-14

interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: June 3, 2019

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

_____
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200
Christopher.Emden@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2019, the foregoing *United States' Notice of Consent to Dismissal Without Prejudice* was filed with the Clerk of the Court and that a copy has been served by U.S. Mail upon the following:

Kevin J. Darken
Kevin J. Darken Law Group, LLC
332 S. Plant Ave.
Tampa, Florida 33606

Christopher J. Emden
Assistant United States Attorney

3