FILED

2019 JUN -5 AM 6: 46

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
          Plaintiff,

*ex rel.*
ADRIAN MARRULLIER,
          Relator,

v.                                  No. 8:17-cv-1635-T-30-AEP

                                  EX PARTE
                                  UNDER SEAL
                                  [31 U.S.C. § 3730(b)(2)]

BISK EDUCATION, INC.,
BISK FAMILY FOUNDATION, INC.,
FLORIDA INSTITUTE OF TECHNOLOGY, and
JACKSONVILLE UNIVERSITY,
          Defendants.
_____/

## ORDER

    THIS CAUSE came before the Court on Relator's Notice of Voluntary Dismissal of this action and the United States' Notice of Consent to Dismissal without Prejudice. The Court has considered the record and is otherwise fully advised in the premises:

    Accordingly, it is

    1.    **ORDERED** that this action is dismissed without prejudice as to Relator Adrian Marrullier and without prejudice as to the United States; and

    2.    **ORDERED** that the seal shall be lifted upon the Relator's Complaint, the Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal without Prejudice, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 4th day of June, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

| Christopher J. Emden<br>United States Attorneys' Office<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br><br>*Counsel for the United States of America* | Kevin J. Darken<br>Kevin J. Darken Law Group, LLC<br>332 S. Plant Ave.<br>Tampa, Florida 33606<br><br>*Counsel for Relator* |